JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK RYAN RODEN, <br><br> Petitioner, <br><br> v. <br><br> JARED D. LAZANO, Warden, <br><br> Respondent. | Case No. CV 19-9802 CJC (PVC) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: July 28, 2020

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE